O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 12-06340 DDP (MRWx) |
| Plaintiff, | ) | **ORDER GRANTING UNOPPOSED MOTION TO STRIKE CLAIM AND ANSWER OF CLAIMANT NICHOLAS SWAYNE** |
| v. | ) | |
| $32,875.00 IN U.S. CURRENCY; CLAIMANT: NICHOLAS SWAYNE, | ) | [Dkt. No. 14] |
| Defendants. | ) | |

Before the court is Plaintiff United States of America's Motion to Strike the Claim and Answer of Claimant Nicholas Swayne. Because Claimant has not filed an opposition, the court GRANTS the Motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

1    The hearing on Plaintiff's Motion was set for June 17, 2013.
2 Claimant's opposition was therefore due by May 28, 2013.  Claimant
3 has not filed an opposition, or any other filing that could be
4 construed as a request for a continuance.  Accordingly, the court
5 deems Claimant's failure to oppose as consent to granting the
6 Motion to Strike, and GRANTS the Motion.

8 IT IS SO ORDERED.

11 Dated: June 6, 2013

       DEAN D. PREGERSON
       United States District Judge